IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,

Plaintiff,

v.

MAZ SOUTH SACRAMENTO, INC., dba BAJA FRESH MEXICAN GRILL; JAMBA JUICE COMPANY, dba JAMBA JUICE; TOGO'S EATERIES, INC., dba TOGO'S; BASKIN ROBBINS INC., dba BASKIN ROBBINS; RR SACRAMENTO LLC; STARBUCKS CORPORATION, dba STARBUCKS #67; CORDANO GATEWAY, LLC; MZLB SACRAMENTO, LLC,

Defendants.

2:06-cv-1819-GEB-GGH

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE

The Order filed August 15, 2006, scheduled a status conference to be heard on November 20, 2006, and required the parties to file a Joint Status Report. The status report filed November 6, 2006, purports to be a "Joint Status Report" ("JSR") even though Defendant MAZ South Sacramento, Inc., dba Baja Fresh Mexican Grill, ("Baja Fresh") has not yet appeared in the action and did not

participate in the JSR.[1] However, no reference was made to the fact that Baja Fresh did not participate in the JSR, nor was any indication given as to how Plaintiff intends to prosecute this action against Baja Fresh. It is incumbent upon an attorney practicing under Rule 16 of the Federal Rules of Civil Procedure to fulfill the obligation of apprizing the Court about the status of a case by informing the judge in a status report that a party has not participated in the status report, and how litigation will be handled against such a party. Since Rule 16(b) of the Federal Rules of Civil Procedure requires that a scheduling order issue "as soon as practicable," it is evident that such information must be included in a status report.

Therefore, the status conference is rescheduled to January 16, 2007, at 9:00 a.m. A joint status report shall be filed no later than January 2, 2007.[2]

Plaintiff shall endeavor to serve a copy of this Order on Baja Fresh early enough for it to participate in preparing a joint status report.

IT IS SO ORDERED.

Dated: November 16, 2006

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The JSR states that Baja Fresh was served on October 10, 2006. (JSR at 3.)

[2] The failure of one or more of the parties to participate in the preparation of the joint status report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.