1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
2  CATHERINE A. CONWAY (SBN 98366)
   STEPHANIE S. DER (240576)
3  2029 Century Park East, Suite 2400
4  Los Angeles, California 90067
   Telephone:  (310) 229-1000
5  Facsimile:  (310) 229-1001
6  cconway@akingump.com
   sder@akingump.com
7
   Attorneys for Defendant JAMBA JUICE
8  COMPANY

9

10

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13

14

| | |
|---|---|
| 15  ROBERT DODSON, | Case No. 2:06-CV-01819 GEB GGH |
| 16           Plaintiff, | **STIPULATION TO EXTEND DEADLINES FOR INITIAL EXPERT DISCLOSURES** |
| 17           vs. | |
| 18  MAZ SOUTH SACRAMENTO, INC., dba BAJA FRESH MEXICAN GRILL; JAMBA JUICE COMPANY dba JAMBA JUICE; TOGO'S EATERIES, INC. dba TOGO'S; BASKIN ROBBINS INCORPORATED dba BASKIN ROBBINS; RR SACRAMENTO, LLC; STARBUCKS CORPORATION dba STARBUCKS #6714; CORDANO GATEWAY, LLC; MZLB SACRAMENTO, LLC, | Complaint Filed: August 15, 2006 |
| 19 | Honorable Garland E. Burrell, Jr. |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26           Defendants. | |

27

28

---

**STIPULATION** TO EXTEND DEADLINES FOR INITIAL EXPERT DISCLOSURES2:06-CV-01819 GEB GGH

1  WHEREAS, the parties' initial expert witness disclosures are due on December
2 14, 2007 with rebuttal expert witness disclosures due on January 14, 2008;
3  WHEREAS, Defendant Jamba Juice's expert witness was admitted to the hospital
4 on an emergent basis on December 13, 2007;
5  IT IS HEREBY STIPULATED, by and between Defendant Jamba Juice and
6 Plaintiff Robert Dodson, through their attorneys of record, that the parties' initial expert
7 witness disclosures will be due on January 14, 2008 with rebuttal expert witness
8 disclosures due on February 13, 2008.
9
10 IT IS SO STIPULATED.
11
12
13 Dated:  December 27, 2007          AKIN GUMP STRAUSS HAUER & FELD LLP
                                     Catherine A. Conway
14                                   Stephanie S. Der
15
16                                   By  */s/ Stephanie S. Der                    /*
                                         Stephanie S. Der
17                                   Attorneys for Defendant JAMBA JUICE COMPANYT
18
19 Dated:  December 27, 2007          DISABLED ADVOCACY GROUP
                                     Lynn Hubbard, III
20
21                                   By  */s/ Lynn Hubbard                        /*
                                         Lynn Hubbard, III
22                                   Attorney for Plaintiff Robert Dodson
23
   **IT IS SO ORDERED.**
24
25
26 Dated:  <u>December 27, 2007</u>   _____
                                     GARLAND E. BURRELL, JR.
27                                   United States District Judge
28

1

STIPULATION TO EXTEND DEADLINES FOR INITIAL EXPERT DISCLOSURES 2:06-CV-01819 GEB GGH