**AKIN GUMP STRAUSS HAUER & FELD LLP**
CATHERINE A. CONWAY (SBN 98366)
STEPHANIE S. DER (240576)
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
cconway@akingump.com
sder@akingump.com

Attorneys for Defendant JAMBA JUICE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>   Plaintiff,<br><br>   vs.<br><br>JAMBA JUICE COMPANY dba JAMBA JUICE; RR SACRAMENTO, LLC; STARBUCKS CORPORATION dba STARBUCKS #6714; CORDANO GATEWAY, LLC; MZLB SACRAMENTO, LLC,<br><br>   Defendants. | Case No. 2:06-CV-01819 GEB GGH<br><br>**STIPULATION TO EXTEND DEADLINES FOR INITIAL EXPERT DISCLOSURES AND [PROPOSED] ORDER**<br><br>Complaint Filed: August 15, 2006<br><br>Honorable Garland E. Burrell, Jr. |

WHEREAS, the parties' initial expert witness disclosures were due on December 14, 2007 with rebuttal expert witness disclosures due on January 14, 2008;

WHEREAS, Defendant Jamba Juice's expert witness was admitted to the hospital on an emergent basis on December 13, 2007;

WHEREAS, the parties stipulated and this Court ordered that the parties' initial expert witness disclosures would be due on January 14, 2008 with rebuttal expert witness disclosures due on February 13, 2008;

WHEREAS, Defendant Jamba Juice's expert has had continued medical complications and was readmitted to the hospital;

WHEREAS, the medical condition of Defendant Jamba Juice's expert has prevented him from preparing an expert witness disclosure;

WHEREAS, Defendant Jamba Juice expects that its expert witness disclosures will be completed no later than February 11, 2008;

WHEREAS, a further extension of the initial expert witness disclosure deadlines will have no impact on the discovery cut-off of June 11, 2008 or the trial date of December 2, 2008;

THE PARTIES THEREFORE STIPULATE that:

1) Jamba Juice's expert witness disclosures and Plaintiff's expert witness disclosures as to Jamba Juice only shall be due no later than February 11, 2008;

2) Plaintiff's expert witness disclosures as to Starbucks shall remain due no later than January 14, 2008;

3) Starbucks Corporation's expert witness disclosures shall remain due no later than January 14, 2008;[1]

//

---

[1] Defendants RR Sacramento LLC, Cordano Gateway LLC, and MZLB Sacramento LLC have indicated that they are no longer parties to this action and therefore have not been included on this stipulation.

4) All parties' rebuttal expert witness disclosures will be due on March 12, 2008.

IT IS SO STIPULATED.

Dated: January 18, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP
Catherine A. Conway
Stephanie S. Der

By */s/ Stephanie S. Der*                    /
Stephanie S. Der
Attorneys for Defendant JAMBA JUICE COMPANYT

Dated: January 18, 2008

KRING & CHUNG
Shalend Shane Singh

By */s/ Shalend Shane Singh*                    /
Shalend Shane Singh
Attorney for Defendant Starbucks Corporation

Dated: January 18, 2008

DISABLED ADVOCACY GROUP
Lynn Hubbard, III

By */s/ Lynn Hubbard*                    /
Lynn Hubbard, III
Attorney for Plaintiff Robert Dodson

**IT IS SO ORDERED.**

Dated: January 18, 2008

GARLAND E. BURRELL, JR.
United States District Judge

2

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of LOSANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, CA 90067. On January 18, 2008, I served the foregoing document(s) described as: **STIPULATION TO EXTEND DEADLINES FOR INITIAL EXPERT DISCLOSURES AND [PROPOSED] ORDER** on the interested party(ies) below, using the following means:

> **All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the refereced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on January 18, 2008 at Los Angeles, California.

Dawnmarie Kucko
[Print Name of Person Executing Proof]           [Signature]