IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,           )
                         )   NO. 2:06-cv-01819-GEB-GGH
          Plaintiff,     )
                         )
     v.                  )
                         )   ORDER
MAZ SOUTH SACRAMENTO, INC., et al.,)
                         )
          Defendants.    )
_____)

Defendant Jamba Juice Company's *ex parte* application, filed August 8, 2008, does not provide "a satisfactory explanation for the need for issuance of [the requested order]" L.R. 6-144(e). Absent a showing of "need," the movant's request for relief will not handled on an expedited basis. The movant in essence argues its lawyer's failure to recognize the latest prescribed law and motion hearing date entitles it to have its motion receive expedited consideration. The movant is wrong; therefore, its ex parte application is denied.

Dated: August 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28