UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
ROBERT DODSON,                      )    2:06-cv-01819-GEB-GGH
                                    )
          Plaintiff,                )
                                    )    ORDER TO SHOW CAUSE
     v.                             )
                                    )
STARBUCKS CORPORATION, d/b/a        )
STARBUCKS #6714;  JAMBA JUICE       )
COMPANY, dba JAMBA JUICE;           )
RR SACRAMENTO LLC;  CORDANO         )
GATEWAY, LLC;  MZLB                 )
SACRAMENTO, LLC,                    )
                                    )
          Defendants.[1]            )
_____)
```

The Status (Pretrial Scheduling) Order filed on January 9, 2007, required the parties to "file a JOINT final pretrial statement ("JPS") not later than seven (7) days prior to the final pretrial conference." (January 9 Order at 4.) A Joint Pretrial Statement was filed by Plaintiff and Defendant Starbucks Coffee Company in the matter involving Plaintiff and Starbucks but Plaintiff failed to file a Pretrial Statement concerning the other

---

[1] The case caption was changed in the Order filed December 20, 2007, to reflect Plaintiff's dismissal of Defendants Maz South Sacramento, Inc., TOGO's Eateries, Inc., and Baskin Robbins Incorporated.

1

Defendants, and no other Defendant filed a Pretrial Statement. Therefore, Plaintiff, Defendant Jamba Juice Company, Defendant RR Sacramento, LLC, Defendant Cordano Gateway, LLC, and Defendant MZLB Sacramento, LLC, are ORDERED TO SHOW CAUSE (OSC), in a writing, not later than October 20, 2008, why sanctions should not be imposed against Plaintiff and Defendants Jamba Juice Company, RR Sacramento, LLC, Cordano Gateway, LLC and MZLB Sacramento, LLC, and/or against the attorney representing said party for the failure to file a pretrial statement when it was due on October 7, 2008. The written response should indicate whether the party or counsel is at fault and whether a hearing is requested on the OSC.[2] If a hearing is requested, it will be held at 11:00 a.m. on November 3, 2008.  A Joint Final Pretrial Statement shall be submitted seven (7) court days prior to November 3, 2008.

IT IS SO ORDERED.

Dated:  October 9, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[2] "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985).  Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).

2