UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON, | 2:06-cv-01819-GEB-GGH |
| Plaintiff, | |
| v. | ORDER RE SETTLEMENT AND DISPOSITION |
| STARBUCKS CORPORATION, d/b/a STARBUCKS #6714;  JAMBA JUICE COMPANY, dba JAMBA JUICE; RR SACRAMENTO LLC;  CORDANO GATEWAY, LLC;  MZLB SACRAMENTO, LLC, | |
| Defendants.[1] | |

Plaintiff's attorney filed a notice of settlement October 15, 2008, in which he represents Plaintiff and Defendant Jamba Juice Company have settled their case.  Therefore, these parties have until 4:30 p.m. on November 17, 2008, to file a document which effectuates or could effectuate dismissal of Defendant Jamba Juice Company.  See L.R. 16-160(b).  Failure to respond by this deadline may be construed as consent to the dismissal of Jamba Juice

---

[1] The case caption was changed in the Order filed December 20, 2007, to reflect Plaintiff's dismissal of Defendants Maz South Sacramento, Inc., TOGO's Eateries, Inc., and Baskin Robbins Incorporated.

1

1 | Company, and a dismissal order could be filed.  <u>See</u> L.R. 16-160(b)
2 | ("A failure to file dispositional papers on the date prescribed by
3 | the Court may be grounds for sanctions.").
4 |          IT IS SO ORDERED.
5 | Dated:  October 22, 2008

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge