UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON, | ) |
| | )   2:06-cv-01819-GEB-GGH |
|       Plaintiff, | ) |
| | ) |
|   v. | )   PRELIMINARY JURY |
| | )   INSTRUCTIONS AND |
| STARBUCKS CORPORATION, d/b/a | )   VOIR DIRE; PROPOSED |
| Starbucks #6714, | )   CLOSING INSTRUCTIONS AND |
| | )   VERDICT FORM |
|       Defendant. | ) |
| _____ | ) |

      Attached are voir dire and preliminary jury instructions, and a draft verdict form and draft closing jury instructions.

      In light of what the parties' have proposed as a joint jury statement, attached voir dire question 9 may not be used and instead each side may be given the opportunity to give an opening statement in lieu of the information provided in this question. Additionally, several of the parties' proposed voir dire questions have not been used because they are not directed at ascertaining disqualifying juror information. Certain questions indicate counsel's intent to have "voir dire conducted in such a way as to mold the jury in a way that the jury will be receptive to counsel's case." United States v. Padilla - Velenzuela, 896

1  F.Supp 968, 972 (D.Ariz. 1995). However, "the purpose of the voir
2  dire is to ascertain disqualifications, not to afford individual
3  analysis in depth to permit a party to choose a jury that fits
4  into some mold that he believes appropriate for his case."
5  Schlinsky v. U.S., 379 F2d 735,738 (1st Cir. 1967).

6         The parties submitted liability closing instructions are
7  extremely disappointing.  The only liability instruction in the
8  "Joint Jury Instructions Without Objection" appears to concern
9  whether Plaintiff has an impairment.  That instruction appears to
10 expect the judge to figure out which bracketed option set forth
11 therein applies, even though this element does not appear disputed
12 in the parties' Joint Pretrial Statement, and is obviously
13 information the parties or a party should provide.  Nevertheless,
14 I have included in the attached drafted closing liability
15 instructions what appears to be the parties' agreement on what
16 issues will be tried, including the damage issues.

17        Plaintiff's proposed verdict question on an injunction
18 erroneously assumes a judge would ask a jury "Do you feel that the
19 Court should issue an injunction?"  This is not the type of
20 question referenced in the Final Pretrial Order.  However, based
21 on Plaintiff's other verdict form questions, a draft verdict form
22 is attached.

Dated:  November 24, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge