UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON, ) | |
| ) | 2:06-cv-01819-GEB-GGH |
| Plaintiff, ) | |
| ) | |
| v. ) | RESPONSE TO |
| ) | MOTIONS IN LIMINE |
| STARBUCKS CORPORATION, d/b/a ) | |
| Starbucks #6714, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff's In Limine Motions filed on October 30, 2008

All of Plaintiff's motions in limine filed on October 30, 2008, are denied except for his motion to exclude testimony or commenting regarding court awarded attorneys' fees, which is granted.

Defendant's In Limine Motions Filed on October 31, 2008

All of Defendant's motions in limine are untimely and are therefore denied.

Dated: November 26, 2008

GARLAND E. BURRELL, JR.
United States District Judge